THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br><br><br>OFFICE OF MANAGEMENT AND BUDGET et al.,<br><br><br><br>*Defendants*. | Civil Action No. 25-cv-858<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION FOR A LIMITED PRELIMINARY INJUNCTION

Plaintiff Democracy Forward Foundation seeks limited, yet crucial, relief to enable it to inform the public about a matter of momentous national importance. The President has ordered *all* agencies to prepare for "large-scale" reductions in force ("RIFs") to conduct a "critical transformation" of the federal government. By March 13, agencies were required to submit their plans for these RIF terminations for approval to Defendants Office of Management and Budget ("OMB") and Office of Personnel Management ("OPM"). Democracy Forward submitted Freedom of Information Act ("FOIA") requests to Defendants for these plans and related communications records and requested that the requests be processed on an expedited basis.

Democracy Forward here asks that this Court issue a limited preliminary injunction, requiring Defendants to process these requests as soon as practicable, and to produce, no later than April 9, 2025, a limited subset of the requested records: those RIF plans that Defendants

have approved with rolling productions thereafter. The impending effects of the Administration's decision to terminate federal workers on a "large-scale" and critically transform our government are a matter of critical national importance that could affect the lives of every American. Democracy Forward asks for limited, practicable relief that is necessary to inform the public about the decisions the Administration has made while it is still possible for that information to inform the national debate.

It is nearly axiomatic in this Circuit that "stale information is of little value." *Payne Enters. v. United States*, 837 F.2d 486, 494 (D.C. Cir. 1988). As the Administration has made clear its intention to move quickly—indeed as these mass terminations are apparently already underway—that principle applies clearly here and requires the limited requested relief, which pales in comparison to the harm that will flow if the public Democracy Forward serves remains in the dark.

Undersigned counsel certifies that, pursuant to local Rule 7(m), Democracy Forward sought to confer with Defendants' typical counsel at the U.S. Department of Justice in these matters to narrow or resolve this motion before filing. Brian Hudak at the U.S. Attorney's Office for the District of Columbia indicated that Defendants would oppose the motion.

Respectfully submitted,

  */s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I will immediately electronically serve a copy of this motion, the accompanying filings, and the complaint in this matter on Defendants' typical counsel at the U.S. Department of Justice for these matters at the Federal Programs Branch of the Civil Division, including Alex Haas, Diane Kelleher, John Griffiths, Brian Hudak, and Elizabeth Shapiro as Defendants' counsel has not yet entered an appearance and will not be served by ECF.[1]

---

[1] I will immediately serve via the following email addresses: alex.haas@usdoj.gov, diane.kelleher@usdoj.gov, john.griffiths@usdoj.gov, Elizabeth.Shapiro@usdoj.gov; Brian.Hudak@usdoj.gov.