THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br><br><br> OFFICE OF MANAGEMENT AND BUDGET et al., <br><br><br> *Defendants*. | Civil Action No. 25-cv-858 (SLS) |

**JOINT STATUS REPORT**

Plaintiff Democracy Forward Foundation and Defendants Office of Management and Budget ("OMB") and Office of Personnel Management ("OPM") jointly submit this report in response to the Court's March 25, 2025 Minute Order.

1. The parties have agreed to the following briefing schedule regarding Plaintiff's Motion for a Limited Preliminary Injunction (ECF No. 3) ("the motion"):

    a. Defendants' Opposition to be filed no later than **April 2, 2025**

    b. Plaintiff's Reply to be filed no later than **April 4, 2025**

2. Plaintiff believes that a hearing regarding the motion is necessary because this matter concerns the disclosure of agency records of great national importance. Although the relief requested is modest, Plaintiff believes it is important to answer any questions the Court may have regarding this matter. Defendants do not believe that a hearing is necessary to resolve the motion.

If the Court finds that a hearing is warranted, both Plaintiff's and Defendants' counsel are available at the following times:

    a. April 7, 2025 at 10:00 am

    b. April 7, 2025 at 2:00 pm

    c. April 8, 2025 at 10:00 am

3.     Plaintiff and Defendants agree that an evidentiary hearing will not be necessary to resolve the motion in this the Freedom of Information Act matter.

Dated: March 26, 2025

    /s/ Daniel A. McGrath
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ L'Shaunteé J. Robertson*
    L'SHAUNTEE J. ROBERTSON
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-1729

*Attorneys for the United States of America*