**<u>Defendants' Exhibit A</u>**
April 1, 2025 OMB Letter to Democracy Forward Foundation

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

.

April 1, 2025

Skye Perryman
Democracy Forward Foundation
Sent via email:  foia@democracyfoward.org

Dear Skye Perryman,

    This letter is in response to your Freedom of Information Act (FOIA) request dated and received in this office on March 12, 2025, and assigned tracking number 2025-1131.  You asked for expedited processing of your FOIA request.

    Under OMB's FOIA regulation at 5 C.F.R. § 1303.40(e), expedited processing will be granted if a requester demonstrates a compelling need for the records because: (i) the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (ii) there is an urgency to inform the public about an actual or alleged Federal Government activity; (iii) failure to respond to the request expeditiously would result in the loss of due process rights in other proceedings; or (iv) there are possible questions, in a matter of widespread and exceptional public interest, about the government's integrity which affect public confidence. A requester who seeks expedited processing must submit a statement, certified to be true and correct to the best of the requester's knowledge and belief, explaining in detail the basis for requesting expedited processing.

    After carefully considering your request, this Office finds that your request for expedited processing cannot be granted because you have not adequately demonstrated that you qualify under any of the categories listed above. Your request did not present a sufficient factual basis to justify a grant of expedited processing under the applicable standards.  Specifically, your request has not demonstrated an urgency to inform the public.  In particular, the denial of expedited processing of your FOIA request would not compromise any significant recognized interest.  This is because the agency reduction-in-force plans are still under development by the Executive Branch and OMB is currently actively reviewing these plans as part of Phase 1.  In fact, these Phase 1 plans you requested are part of a longer two-phase process that has just been initiated.  In the absence of expedited processing, your request has been placed in our processing queue and is being handled in the order in which it was received. You have the right to appeal our denial determination regarding expedited processing. If you choose to file an appeal, you must do so within ninety (90) calendar days from the date of this response. Your

EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

appeal must be in writing, signed by you or your representative, and should contain the basis for the appeal. You may send your appeal to: OMBFOIA@omb.eop.gov.

Sincerely,

Shraddha Upadhyaya
Associate General Counsel