**Defendants' Exhibit B**
April 1, 2025 OPM Email to Democracy Forward Foundation Re 25-OPM-1201-F

| | |
|---|---|
| **From:** | Internet, FOIA |
| **To:** | FOIA Requests |
| **Subject:** | Acknowledgement and expedited processing determination (25-OPM-1201-F) |

Dear Skye Perryman:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the U.S. Office of Personnel Management (OPM). Your request was received by this office on March 13, 2025, and was assigned tracking number 25-OPM-1201-F. This request is also the subject of Civil Action No. 25-cv-00858. You requested the following:

All Agency RIF and Reorganization Plans ("ARRPs") submitted to OPM (at tracking@opm.gov or otherwise) by heads and acting heads of departments and agencies as required by OMB Director Vought and OPM Acting Director Ezell's February 26, 2025 memorandum titled "Guidance on Agency RIF and Reorganization Plans Requested by Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative".

Your request for expedited processing has been denied because you failed to show an urgency to inform. Further, OPM is experiencing staffing shortages and an unusual processing backlog due to current resource limitations that will make a issuing a determination to your request by April 10 impracticable.

If you are not satisfied with OPM's determination, you may administratively appeal in writing by email to OGCAtty@opm.gov or by mail to:

U.S. Office of Personnel Management
Office of the General Counsel
1900 E Street, N.W.
Washington, D.C. 20415

An appeal should include a copy of the initial request, a copy of this email, and a statement explaining why you believe the denying official erred. Appeals must be electronically transmitted or postmarked within 90 calendar days of the date of this letter. It is recommended that FOIA administrative appeals be submitted via email to avoid processing delays.

We appreciate your patience as we proceed with your request.

Sincerely,

***FOIA Requester Service Center***
***Office of Personnel Management***