**<u>Defendants' Exhibit C</u>**
April 1, 2025 OPM Email to Democracy Forward Foundation Re 25-OPM-1202-F

**From:** Internet, FOIA
**To:** FOIA Requests
**Subject:** Acknowledgement and expedited processing determination (25-OPM-1202-F)

Dear Skye Perryman:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the U.S. Office of Personnel Management (OPM). Your request was received by this office on March 13, 2025, and was assigned tracking number 25-OPM-1202-F. This request is also the subject of Civil Action No. 25-cv-00858. You requested the following:

1. All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms) of Acting Director Ezzell, Chief of Staff Amanda Scales, Senior Advisor Brian Bjelde, Senior Advisor Roccardo Biasini, and/or Senior Advisor Noah Peters, regarding the development, approval, and implementation of ARRPs, including directives and guidance sent to other agencies.

2. All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms) between (1) any OPM officials listed below (or otherwise affiliated with) the Department of Government Efficiency ("DOGE") (also known as the U.S. "DOGE" (previously "Digital") Service), and (2) Elon Musk, or any representatives of Elon Musk or DOGE, or any representatives of the Executive Office of the President (including, but not limited to, emails ending in eop.gov). Specified Officials:

i. Acting Director Charles Ezell
ii. Chief of Staff Amanda Scales
iii. Anyone serving in the role of Deputy Director or Acting Deputy Director
iv. Retirement Services Associate Director Margaret Pearson
v. Workforce Policy and Innovation Associate Director Veronica Hinton
vi. Human Resources Solutions Associate Director Dianna Saxman
vii. Merit System Accountability and Compliance Acting Director Ana Mazzi
viii. General Counsel Andrew Kloster
ix. Senior Advisor Anthony Armstrong
x. Senior Advisor Riccardo Biasini
xi. Senior Advisor Brian Bjelde
xii. Senior Advisor Noah Peters
xiii. Chief Information Officer Greg Hogan
xiv. Director of Communications McLaurine Pinover
xv. Human Resources Staffer Stephanie Holmes
xvi. Human Resource Staffer Chirstina Hanna
xvii. Human Resources Staffer Stephen Duarte
xviii. Human Resources Staffer Bryanne-Michelle Mlodzianowski
xix. Policy Analyst Joanna Wischer

xx. Expert Justin Monroe
xxi. Jacob Altik
xxii. Austin Raynor
xxiii. Edward Coristine
xxiv. Akash Bobba
xxv. Gavin Kliger
xxvi. Nikhil Rajpal

Your request for expedited processing has been denied because you failed to show an urgency to inform. Further, OPM is experiencing staffing shortages and an unusual processing backlog due to current resource limitations that will make issuing a determination to your request by April 10 impracticable.

If you are not satisfied with OPM's determination, you may administratively appeal in writing by email to [OGCAtty@opm.gov](mailto:OGCAtty@opm.gov) or by mail to:

U.S. Office of Personnel Management
Office of the General Counsel
1900 E Street, N.W.
Washington, D.C. 20415

An appeal should include a copy of the initial request, a copy of this email, and a statement explaining why you believe the denying official erred. Appeals must be electronically transmitted or postmarked within 90 calendar days of the date of this letter. It is recommended that FOIA administrative appeals be submitted via email to avoid processing delays.

We appreciate your patience as we proceed with your request.

Sincerely,

***FOIA Requester Service Center***
***Office of Personnel Management***