# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-858 (SLS)<br><br>Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 20, the Court **DENIES** the Defendants' Motion to Dismiss, ECF No. 9, and **DENIES** the Plaintiff's Motion for Preliminary Injunction, ECF No. 3.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date: April 9, 2025