UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>      Defendants. | Civil Action No. 25-858 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 25, 2025 Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendants the Office of Personnel Management (OPM) and the Office of Management and Budget ("OMB"), respectfully submit this Joint Status Report. This lawsuit stems from Freedom of Information Act ("FOIA") requests that Plaintiff sent to Defendants concerning Agency RIF and Reorganization Plans ("ARRPs"). *See generally* Compl. The parties report as follows:

    **OPM's Position**

    1.    OPM FOIA request 25-OPM-1202-F contains two subparts and seeks electronic communications from a number of officials relating to the development, approval, and implementation of ARRPs. OPM completed its search for records. The searches yielded a total of 930 Outlook items for Subpart 1, and 1969 Outlook items for Subpart 2. OPM will endeavor to process approximately 250 pages per month and anticipates issuing a first production or about June 30, 2025. Given the volume of potentially responsive records, Plaintiff intends to submit a proposal to substantially narrow this request.

2.      OPM FOIA request 25-OPM-1201-F seeks ARRPs submitted to OPM. OPM anticipates issuing a response to that request on or about June 30, 2025.

**OMB's Position**

3.      OMB has completed its search for records potentially responsive to Plaintiff's request, and has identified approximately 120 such records. Plaintiff's request remains pending in OMB's processing queue. As stated in the Walsh Declaration [ECF 9-1, para. 22], the agency plans sought by Plaintiff are inherently predecisional and deliberative, and thus likely protected from disclosure under FOIA Exemption 5, 5 U.S.C. § 552(b)(5). For this reason, OMB does not currently anticipate any *release* of records responsive to Plaintiff's request. However, OMB has not yet made a final determination on any of the potentially responsive records.

**Plaintiff Democracy Forward Foundation's Position:**

4.      Plaintiff Democracy Forward Foundation notes that the ARRPs, or reduction in force plans, requested here are a limited set of records of substantial national importance. As such, Plaintiff asks that this Court require OMB to process and produce non-exempt portions of at least two of those plans—for the Departments of Education and Health and Human Services (ED and HHS)—by July 14, 2025.

5.      This would afford Defendant OMB four full months from the submission of this request to process two readily-identifiable documents.

6.      Although OMB here reiterates its view that the records are categorically exempt from disclosure, as Plaintiff has previously explained significant aspects of the plans are likely not exempt. ECF No. 16 at 11–14. In particular, those aspects of the plans that report factual information or which reference actions already taken are unlikely to be deliberative or to cause foreseeable harm if disclosed. There is particularly likely less information that could cause

foreseeable harm in the records of two Departments—HHS and ED—that have already carried out large scale reductions in force.

**OPM and OMB's Position**

      7.     Defendants do not believe an *Open America* motion is likely.

      8.     Defendants believe it is premature at this point to say whether a *Vaughn Index* will be required in this case, or whether/when a party anticipates filing a dispositive motion.

      9.     Defendants propose a submitting another Joint Status Report by July 15, 2025, to apprise the Court of the status of this case.

*[Signature block on the next page]*

| | |
|---|---|
| Dated: May 29, 2025 | Respectfully submitted, |
| /s/ *Daniel A. McGrath* | JEANINE FERRIS PIRRO |
| Daniel A. McGrath (D.C. Bar No. 1531723)<br>Robin Thurston (D.C. Bar No. 1531399)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>dmcgrath@democracyforward.org<br>rthurston@democracyforward.org<br><br>*Counsel for Plaintiff* | United States Attorney<br><br>/s/ *John C. Truong*<br>JOHN C. TRUONG<br>D.C. BAR #465901<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2524<br>E-mail: John.Truong@usdoj.gov<br><br>*Attorneys for the United States* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

    Plaintiff,

    v.

OFFICE OF PERSONNEL MANAGEMENT, et al.,

    Defendants.

Civil Action No. 25-858 (SLS)

## [PLAINTIFF'S PROPOSED] ORDER

In consideration of the Parties' May 29, 2025, Joint Status Report concerning the production of Agency RIF and Reorganization Plans ("ARRPs") submitted to Defendants Office of Personnel Management and Office of Management and Budget ("OMB"), it is HEREBY ORDERED that

Defendant OMB process and produce non-exempt portions of any ARRPs submitted to OMB by the Department of Education or the Department of Health and Human Services by July 14, 2025;

It is FURTHER ORDERED, that the parties shall submit a further Joint Status Report to the Court regarding the status of this case by July 15, 2025.

_____
DATE

_____
The Honorable Sparkle L. Sooknanan
UNITED STATES DISTRICT JUDGE