UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-0858 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's July 31, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendants the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB"), respectfully submit this joint status report. This lawsuit stems from Freedom of Information Act ("FOIA") requests that Plaintiff sent to Defendants concerning Agency RIF and Reorganization Plans ("ARRPs"). *See generally* Am. Compl. The parties report as follows:

**OPM Requests**

　　1.　　OPM FOIA request 25-OPM-1202-F contains two subparts. Subpart 1 seeks electronic communications from a number of officials relating to the development, approval, and implementation of ARRPs. OPM completed its search for records for subpart 1, which yielded a total of 930 Outlook items. Subpart 2 seeks electronic communications between specific OPM officials "and Elon Musk or any representatives of Elon Musk or DOGE, or any representatives of the Executive Office of the President (including, but not limited to, emails ending in eop.gov)." Because OPM is unable to identify who would be "representatives of Elon Musk or DOGE" or

"representatives of the Executive Office of the President" OPM's search for subpart 2 will be conducted for email correspondence of the relevant OPM officials with email addresses ending in eop.gov.

2. Given the volume of potentially responsive records, Plaintiff has narrowed this request by reducing the number of custodians whose communications are requested from 26 to 9.

3. On July 17, 2025, OPM responded to Plaintiff that OPM reviewed the first set of 250 pages of emails and determined that none were responsive to Subpart 1 of the request. OPM will continue to endeavor processing approximately 250 pages per month.[1] OPM intends to review the responsive records, and to the extent the records meet the criteria of the deliberative process privilege, OPM intends to assert the privilege and withhold those records, or portions.

4. On August 29, 2025, OPM sent an interim response for Subpart 1 of the request, after reviewing 554 Outlook items, excluded attachments as agreed, and produced 11 pages with redactions under FOIA Exemptions (b)(5), and (b)(6).

5. Regarding 25-OPM-1201-F, OPM has determined to withhold the records in full pursuant to FOIA Exemption 5.

**OMB Request**

---

[1] Plaintiff represents that it has raised questions to OPM given that it determined such a substantial number of the potentially responsive communications records containing the terms "Agency RIF and Reorganization Plans" OR "Agency RIF and Reorganization Plan" OR ARRP OR "RIF plan" OR "RIF plans" were deemed nonresponsive to a request concerning communications about ARRPs or RIF plans. Plaintiff, at a minimum, seeks to ensure that the search for potentially responsive records is efficient so that the production schedule in this matter is not unduly long.

OPM responds that it will confer with Plaintiff about its concerns regarding how OPM is processing the request.

6. OMB has completed its search for records potentially responsive to Plaintiff's request and has identified approximately 120 agency plans. With the exception of one agency plan that was released as part of the administrative record in another matter, OMB's position, as stated in the Walsh Declaration (ECF 9-1 ¶ 22), is that the agency plans sought by Plaintiff are inherently predecisional and deliberative, and therefore protected from disclosure under FOIA Exemption 5, 5 U.S.C. § 552(b)(5). For this reason, with the one exception noted above, OMB does not anticipate the release of any additional records responsive to Plaintiff's request. On July 30, 2025, OMB communicated to Plaintiff that this is its final determination.

7. Defendants propose that the parties confer and file another joint status report by October 3, 2025.

Date:   September 3, 2025

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Thomas W. Duffey*
        THOMAS W. DUFFEY
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for United States of America*