UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants.

Civil Action No. 25-0858 (SLS)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 8, 2026, Plaintiff Democracy Forward Foundation ("DFF"), and Defendants the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB"), respectfully submit this joint status report. This lawsuit stems from Freedom of Information Act ("FOIA") requests that Plaintiff sent to Defendants concerning Agency RIF and Reorganization Plans ("ARRPs"). *See generally* Am. Compl.

Because the Court has requested only new updates, the parties report the following solely with respect to OPM FOIA Request 25-OPM-1202-F (which is comprised of two subparts):

Subpart 1:

1. Subpart 1 seeks electronic communications from 5 officials relating to the development, approval, and implementation of ARRPs. Defendants previously reported that OPM had completed its review of the records pertaining to the 5 officials mentioned in the request (Brian Bjelde, Charles Ezell, Amanda Scales, Noah Peters, and Riccardo Biasini), that responsive records for Ezell and Peters consisting only of OPM equities had already been produced, that there were no responsive records for Biasini, and there were approximately 73 pages with equities of other

agencies that OPM planned to send out for consultation (including OMB, the Department of Defense, the Department of Interior, the Equal Employment Opportunity Commission, the Federal Trade Commission, and the Social Security Administration).

2. Defendants now report that on January 8, 2026, OPM produced records for Bjelde (7 pages), Scales (31 pages), and Peters (1 page), with redactions pursuant to Exemptions 5 and 6.

3. Defendants further report that on January 28, 2026, OPM met with OMB about the consultation for records with OMB equities. OMB indicated it would respond by February 27, 2026. OPM will ask the other agencies to meet the same deadline.

Subpart 2:

4. Subpart 2 seeks electronic communications between 26 specific OPM officials "and Elon Musk or any representatives of Elon Musk or DOGE, or any representatives of the Executive Office of the President (including, but not limited to, emails ending in eop.gov)." This request was later narrowed to 9 OPM officials. Defendants previously reported that OPM expected to complete its review of the Subpart 2 records by the end of January 2026, but that because the records included email exchanges involving White House equities, OPM was required to consult with the White House Counsel's Office, and that while preliminary, non-deduplicated search results identified approximately 255 potentially responsive records, a more precise estimate of responsive records would not be available until the materials were uploaded to an e-discovery platform.

5. Defendants now report that it is reasonable and achievable for OPM to begin rolling productions of responsive records by March 6, 2026, as Plaintiff requested in the previous joint status report.

6. The parties propose to file a further joint status report by April 9, 2026, to update the Court on the status of the case and propose further proceedings.

Date: February 9, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2540
Benjamin.Zieman@usdoj.gov

*Attorneys for United States of America*