UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>  Defendants. | Civil Action No. 25-0858 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 9, 2026, Plaintiff Democracy Forward Foundation ("DFF"), and Defendants the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB"), respectfully submit this joint status report. This lawsuit stems from Freedom of Information Act ("FOIA") requests that Plaintiff sent to Defendants concerning Agency RIF and Reorganization Plans ("ARRPs"). *See generally* Am. Compl.

The parties report the following solely with respect to OPM FOIA Request 25-OPM-1202-F (which is comprised of two subparts):

Subpart 1:

1. <u>Subpart 1</u> seeks electronic communications from 5 officials relating to the development, approval, and implementation of ARRPs. Defendants previously reported that OPM had completed its review of the records pertaining to the 5 officials mentioned in the request (Brian Bjelde, Charles Ezell, Amanda Scales, Noah Peters, and Riccardo Biasini), that responsive records for Ezell and Peters consisting only of OPM equities had already been produced, that there were no responsive records for Biasini, and there were approximately 73 pages with equities of other

agencies that OPM planned to send out for consultation (including OMB, the Department of Defense, the Department of Interior, the Equal Employment Opportunity Commission, the Federal Trade Commission, and the Social Security Administration).

2.    Defendants now report that on January 8, 2026, OPM produced records for Bjelde (7 pages), Scales (31 pages), and Peters (1 page), with redactions pursuant to Exemptions 5 and 6.

3.    Defendants further report that on January 7 and 8, 2026, OPM sent consultations to other agencies regarding 8 pages of responsive records.  On February 10, 2026, OPM produced 5 of the 8 pages, with redactions pursuant to Exemptions 5 and 6. Consultation for the remaining 3 pages is still pending.

Subpart 2:

4.    Subpart 2 seeks electronic communications between 26 specific OPM officials "and Elon Musk or any representatives of Elon Musk or DOGE, or any representatives of the Executive Office of the President (including, but not limited to, emails ending in eop.gov)."  This request was later narrowed to 9 OPM officials.  Defendants previously reported that OPM expected to complete its review of the Subpart 2 records by the end of January 2026, but that because the records included email exchanges involving White House equities, OPM was required to consult with the White House Counsel's Office, and that while preliminary, non-deduplicated search results identified approximately 255 potentially responsive records, a more precise estimate of responsive records would not be available until the materials were uploaded to an e-discovery platform.

5.    Defendants now report that on January 28, 2026, OPM sent a consultation to OMB regarding 64 pages of records and requested a response on or before February 28, 2026.  OPM anticipates production of the remaining pages for this subpart by March 6, 2026.

6. The parties propose to file a further joint status report by April 9, 2026, to update the Court on the status of the case and propose further proceedings.

Date: February 12, 2026　　　　　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

*/s/ Daniel A. McGrath*　　　　　　　　　By:　　*/s/ Benjamin H. Zieman*
Daniel A. McGrath (D.C. Bar No. 1531723)　　　Benjamin H. Zieman
Robin Thurston (D.C. Bar No. 1531399)　　　　Assistant United States Attorney
Democracy Forward Foundation　　　　　　　601 D Street, NW
P.O. Box 34553　　　　　　　　　　　　　　　Washington, DC 20530
Washington, D.C. 20043　　　　　　　　　　　(202) 252-2540
(202) 448-9090　　　　　　　　　　　　　　　Benjamin.Zieman@usdoj.gov
dmcgrath@democracyforward.org
rthurston@democracyforward.org　　　　　　*Attorneys for United States of America*

*Counsel for Plaintiff*

3