UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT,
et al.,

Defendants.

Civil Action No. 25-0858 (SLS)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 13, 2026, Plaintiff Democracy Forward Foundation ("DFF"), and Defendants the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB"), respectfully submit this joint status report. This lawsuit stems from Freedom of Information Act ("FOIA") requests that Plaintiff sent to Defendants concerning Agency RIF and Reorganization Plans ("ARRPs").  *See generally* Am. Compl.

The parties report the following solely with respect to OPM FOIA Request 25-OPM-1202-F (which is comprised of two subparts):

Subpart 1:

1.      In the last status report, OPM advised that the final 3 pages were pending consultation to another agency with equities.  OPM now reports that on March 16, 2026, it produced those 3 pages.  Accordingly, OPM production with respect to Subpart 1 is complete

Subpart 2:

2.      In the last status report, OPM advised that it had sent a consultation to OMB regarding 64 pages of records and that it anticipated production of those remaining pages by March

6, 2026.  OPM now reports that on March 16, 2026, it produced those 64 pages.  Accordingly, production with respect to Subpart 2 is also complete.

3.    Considering the above, the parties propose filing another joint status report in approximately 30 days, on or before April 15, 2026, to allow Plaintiff to submit a fee request and Defendant to consider it, and for the parties to meet and confer regarding potential resolution of this action without further judicial intervention.  Alternatively, the parties will propose a schedule for further proceedings to resolve remaining disputes, including through potential summary judgment briefing.

Date:   March 16, 2026
        Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Daniel A. McGrath
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

By:    /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2540
       Benjamin.Zieman@usdoj.gov

*Attorneys for United States of America*

2