AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Democracy Forward Foundation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-0858 (SLS) |
| Office of Personnel Management, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democracy Forward Foundation                                                                        .

Date:      08/14/2026

/s/ Daniel H. Martinez
*Attorney's signature*

Daniel H. Martinez (DC Bar No. 90025922)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

dmartinez@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*