**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-858 (SLS) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Democracy Forward Foundation ("DFF") respectfully moves this Court for summary judgment as to Defendants Office of Management and Budget and Office of Personnel Management's improper full withholding of Agency RIF and Reorganization Plans and related records responsive to DFF's Freedom of Information Act ("FOIA") requests under FOIA Exemption 5. 5 U.S.C. § 552(b)(5). There are no genuine issues of material fact with respect to these issues. The accompanying Memorandum sets forth the reasons that support Plaintiff's motion.

Dated: September 14, 2026

Respectfully submitted,

/s/ *Daniel H. Martinez*

Daniel H. Martinez
(Bar No. 90025922)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmartinez@democracyforward.org

dmcgrath@democracyforward.org
rthurston@democracyforward.org