**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-0858 (SLS) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

| | |
|---|---|
| 1. By the February 26, 2025 Memorandum by OMB and OPM titled "Guidance on Agency RIF and Reorganization Plans Requested by Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative," ("RIF Memo"),federal agencies were directed to submit Phase 1 Agency Reorganization Plans ("ARRPs") to the Office of Management and Budget ("OMB") and the Office of Personnel Management ("OPM") no later than March 13, 2025. *See* Martinez Decl. ¶ 12. | |
| 2. According to the RIF Memo, the purpose of the submission of the Phase 1 ARRPs by federal agencies to OMB and OPM was for review and approval. *See* Martinez Decl. ¶ 13. | |
| 3. In the RIF Memo, OMB and OPM directed federal agencies to identify a list of agency subcomponents or offices that provide direct services to citizens (item 1). *See* Martinez Decl. ¶ 14. | |
| 4. In the RIF Memo, OMB and OPM directed federal agencies to identify any statutes that establish the agency or subcomponents of the agency, as statutorily required entities (item 2). *See* Martinez Decl. ¶ 15. | |
| 5. In the RIF Memo, OMB and OPM directed | |

| | |
|---|---|
| federal agencies to identify all agency components and employees performing functions not mandated by statute (item 3). *See* Martinez Decl. ¶ 16. | |
| 6. In the RIF Memo, OMB and OPM directed federal agencies to identify competitive areas and organizational components that the agency "has targeted" and attrition "achieved" (item 5.e.i). *See* Martinez Decl. ¶ 17. | |
| 7. In the RIF Memo, OMB and OPM directed federal agencies to identify a list of job positions of all positions categorized as essential (item 6). *See* Martinez Decl. ¶ 18. | |
| 8. In the RIF Memo, OMB and OPM directed federal agencies to identify the agency's timetable and plan for implementing each part of its Phase 1 ARRP (item 8). *See* Martinez Decl. ¶ 19. | |
| 9. The Department of Education initiated a reduction in force ("RIF") on March 11, 2025. *See* Martinez Decl. ¶ 20. | |
| 10. The Department of Education initiated the RIF before or shortly after the submission of its ARRP. *See* Martinez Decl. ¶ 21 | |
| 11. The Department of Health and Human Services ("HHS") initiated a reorganization of its Office of General Counsel ("OGC") on or before March 11, 2025. *See* Martinez Decl. ¶ 22. | |
| 12. The OGC reorganization effort that HHS initiated resulted in layoffs. *See* Martinez Decl. ¶ 23. | |
| 13. The OGC reorganization effort was contemplated or referenced in the HHS ARRP. *See* Martinez Decl. ¶ 24. | |
| 14. Other agencies implemented actions or attempted to implement actions described in their ARRPs, including RIFs. *See* Martinez Decl. ¶ 25. | |
| 15. Agencies, including the Department of Energy and the National Endowment for the Humanities, included factual information about their components and organization within their ARRPs. *See* Martinez Decl. ¶ 26. | |

| | |
|---|---|
| 16. Agencies, including the Department of Energy, included steps already taken to reduce workforce size within their ARRPs. *See* Martinez Decl. ¶ 27. | |
| 17. Agencies, including the Department of Energy and the National Endowment for the Humanities, submitted ARRPs in formats with separated sections responding to the numbered categories of information required by Defendants OMB and OPM's memorandum. *See* Martinez Decl. ¶ 28 | |
| 18. In April 2025, the Consumer Protection Financial Bureau sought to cut around 1,500 positions, constituting around 90% of its workforce. *See* Martinez Decl. ¶ 29. | |
| 19. On or around March 17, 2025, the Department of the Interior sent buyout offers to nearly all of its 70,000 employees. *See* Martinez Decl. ¶ 30. | |
| 20. On or around April 4, 2025, the Internal Revenue Service began issuing layoff notices to its employees as part of a RIF. *See* Martinez Decl. ¶ 31. | |
| 21. On or around July 11, 2025, the Department of State laid off around 1,350 employees as part of a RIF. *See* Martinez Decl. ¶ 32. | |