**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-858 (SLS) |

**[PROPOSED] ORDER**

Plaintiff's motion for summary judgment (ECF No. 44) is GRANTED and Defendants' motion for summary judgment (ECF No. 43) is DENIED.

It is ORDERED that Defendants must reprocess for release all Agency RIF and Reorganization Plans ("ARRPs") in their custody and the two withholdings challenged by Plaintiff (May 27, 2026 email Pages 73–74 and March 17, 2026 Production, Page 17).

It is ORDERED that in completing this reprocessing, Defendants must segregate and release factual information about organization, statutory responsibilities, and steps already taken; consider the foreseeable harm standard to release those aspects of the ARRPs that were implemented; and release ARRPs in full where the documents were reflective of final decisions, demonstrated by their nearly contemporaneous implementation or attempted implementation.

It is FURTHER ORDERED that Defendants complete this reprocessing within 45 days of this order.

Dated: ____________

_________________________
Sparkle L. Sooknanan
United States District Judge