UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-0858 (SLS) |

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants respectfully move to extend the summary judgment briefing schedule in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Pursuant to Local Civil Rule 7(m), on September 23, 2026, counsel for Defendants conferred with counsel for Plaintiff, who consented to the requested relief. The good cause for this motion is set forth below.

The Court's July 1, 2026 Minute Order establishes the following briefing schedule: (1) Defendants shall file their motion for summary judgment by August 17, 2026; (2) Plaintiff shall file its combined cross-motion and opposition by September 14, 2026; (3) Defendants shall file their combined opposition and reply by September 28, 2026; and (4) Plaintiff shall file its reply by October 12, 2026. Defendants timely filed their motion for summary judgment and Plaintiff timely filed its combined cross-motion and opposition. *See* ECF Nos. 43-44.

Defendants request that the Court extend the existing briefing schedule and enter a new schedule to govern the remaining summary judgment briefing: (1) Defendants shall file their

combined opposition and reply by October 12, 2026; and (2) Plaintiff shall file its reply by November 2, 2026.[1]

Good cause exists to grant the requested relief. Since Plaintiff filed its combined cross-motion and opposition, Defendants have been evaluating the issues raised therein and determining whether additional factual development, including a supplemental declaration, would assist the Court in resolving the parties' competing summary judgment motions. Additional time is warranted to complete that review and to confer with the relevant agency personnel concerning the factual and legal issues identified in Plaintiff's filing.

Moreover, related litigation pending in the Northern District of California, *American Federation of Government Employees, AFL-CIO v. Trump ("AFGE")*, Civ. A. No. 3:25-3698 (N.D. Cal.), involves a substantial portion of the same records at issue in this action. The parties in that action are currently participating in court-ordered settlement conferences. *See AFGE*, ECF Nos. 493–95. A resolution of that litigation could materially affect the arguments and issues that remain for this Court's resolution, including whether a significant portion of the present dispute remains live. Judicial economy and the parties' resources therefore favor a brief additional period of time before Defendants complete their opposition and reply, as developments in the related litigation may significantly alter the landscape of the issues requiring resolution here.

Finally, the undersigned is responsible for a substantial docket of active matters with multiple competing deadlines during the current briefing period, including two dispositive motions and a request for a pre-motion conference. The modest extension requested here will afford the undersigned the opportunity to balance those competing obligations while fully addressing

---

1 Plaintiff asked Defendants to request an additional week for Plaintiff's deadline to account for pre-existing vacation plans later in October. This schedule accounts for that request.

Plaintiff's cross-motion and opposition, conferring with the client agencies as necessary, and completing the Department of Justice's required internal review.

As set forth above, Defendants seek this extension in good faith and not for purposes of delay. Accordingly, the Court should grant the motion and extend the briefing schedule as outlined above and in the attached proposed form of order.

Dated: September 23, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-0858 (SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the Court's July 1, 2026 Minute Order is hereby VACATED; and it is further

ORDERED that the following schedule shall govern the summary judgment briefing that remains: (1) Defendants shall file their combined opposition and reply by October 12, 2026; and (2) Plaintiff shall file its reply by November 2, 2026.

SO ORDERED:

________________
Date

____________________________
SPARKLE L. SOOKNANAN
United States District Judge