UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al,<br><br>Defendants. | Civil Action No. 25-0858 (SLS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Thomas W. Duffey as counsel for Defendants in this action.

Dated: September 26, 2026

Respectfully submitted,

*/s/ Thomas W. Duffey*

THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorney for the United States of America*