UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants.

Civil Action No. 25-0858 (SLS)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated September 24, 2026, Plaintiff Democracy Forward Foundation ("DFF"), and Defendants the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB"), respectfully submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On September 24, 2026, the Court granted Defendants' consent motion to extend the briefing schedule and ordered the parties to file a joint status report by today's date, providing additional information regarding *American Federation of Government Employees, AFL-CIO v. Trump ("AFGE")*, Civ. A. No. 3:25-3698-SI (N.D. Cal.). The Court directed that the status report should "(1) detail the overlap between the records at issue in this case and those at issue in the *AFGE* case; (2) address whether resolution of the *AFGE* litigation will resolve this matter; and (3) inform the Court of when the parties expect to know the outcome of the *AFGE* litigation."

As to (1), the parties report that although the matters overlap, each involves records that the other does not. The overlap pertains to Phase 1 ARRPs submitted by the twenty-two "federal

agency defendants" as defined by the plaintiffs in *AFGE*, excluding submissions by agency OIGs. However, *AFGE* does not overlap with the two remaining email communications at issue here.

As to (2), the parties report that *AFGE* is an action under the Administrative Procedure Act challenging Executive Order 14210, the February 2025 OMB/OPM memorandum implementing that order, and certain ARRPs developed pursuant to that framework. The disclosure of the records at issue here is not itself among the relief sought by the plaintiffs in *AFGE*. Rather, those records are presently at issue in *AFGE* because they are the subject of a discovery dispute.[1]

As to (3), although the parties do not currently know when or if the *AFGE* litigation will be resolved, it appears from the docket in *AFGE* that the parties in that matter are scheduled to appear for another settlement conference tomorrow afternoon. *See* Clerk's Notice Correcting Settlement Conference Date, *AFGE*, ECF No. 495.

---

[1] Plaintiff notes that it believes the *AFGE* matter is relevant, as noted in its summary judgment brief, insofar as the *AFGE* court viewed a sample of ARRPs *in camera* and found them not to be protected by the deliberative process privilege. Dkt No. 45 at 19. Partly for this reason, Plaintiff consented to Defendants' extension request on the stated basis that, among other things, settlement negotiations were occurring in that matter.

Date: September 28, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Daniel H. Martinez (D.C. Bar No. 90025922)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org
dmartinez@democracyforward.org

*Counsel for Plaintiff*

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2540
benjamin.zieman@usdoj.gov

*Attorneys for United States of America*