UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants.

Civil Action No. 25-0858 (SLS)

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants respectfully move to extend the summary judgment briefing schedule in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Pursuant to Local Civil Rule 7(m), on October 9, 2026, counsel for Defendants conferred with counsel for Plaintiff, who consented to the requested relief. The good cause for this motion is set forth below.

The Court's September 24, 2026 Minute Order establishes the following schedule governing the remaining summary judgment briefing: (1) Defendants shall file their combined opposition and reply by October 12, 2026; and (2) Plaintiff shall file its reply by November 2, 2026. Defendants timely filed their motion for summary judgment and Plaintiff timely filed its combined cross-motion and opposition. *See* ECF Nos. 43-44.

Defendants request that the Court extend the existing briefing schedule and enter a new schedule to govern the remaining summary judgment briefing: (1) Defendants shall file their combined opposition and reply by October 26, 2026; and (2) Plaintiff shall file its reply by November 16, 2026.

Good cause exists to grant the requested relief. Since Plaintiff filed its combined cross-motion and opposition, Defendants have continued to evaluate the factual and legal issues raised therein, including whether to maintain their current litigation position with respect to certain withholdings at issue. Additional time is warranted to complete that evaluation and confer with the relevant agency personnel concerning the appropriate course of action. Allowing Defendants to complete that review before filing their opposition and reply would promote judicial economy and conserve the parties' resources by potentially narrowing the issues requiring resolution by the Court and avoiding unnecessary briefing.

Moreover, the undersigned has been physically ill for much of the past week, which has substantially limited his ability to work on this matter during the current briefing period. The undersigned was also recently assigned to handle an emergency application for a temporary restraining order, which required immediate attention. Although the application was subsequently withdrawn, the undersigned has continued to devote substantial time to discussions with opposing counsel and the agency concerning the underlying dispute. These unexpected demands have arisen while the undersigned continues to manage a substantial docket of other active matters with competing deadlines. The requested extension will afford Defendants sufficient time to complete their ongoing evaluation, confer with the relevant agency personnel, fully address Plaintiff's cross-motion and opposition, and complete the Department of Justice's required internal review.

As set forth above, Defendants seek this extension in good faith and not for purposes of delay. Accordingly, the Court should grant the motion and extend the briefing schedule as outlined above and in the attached proposed form of order.

Dated: October 9, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*

Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-0858 (SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the Court's September 24, 2026 Minute Order is hereby VACATED; and it is further

ORDERED that the following schedule shall govern the summary judgment briefing that remains: (1) Defendants shall file their combined opposition and reply by October 26, 2026; and (2) Plaintiff shall file its reply by November 16, 2026.

SO ORDERED:

| | |
|---|---|
| ____________________<br>Date | ________________________________<br>SPARKLE L. SOOKNANAN<br>United States District Judge |