UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants.

Civil Action No. 25-0858 (SLS)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated October 12, 2026, Plaintiff Democracy Forward Foundation ("DFF"), and Defendants the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB"), respectfully submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On October 9, 2026, Defendants filed a consent motion to extend the summary judgment briefing schedule. *See* ECF No. 49. Among other grounds, Defendants explained that they had been evaluating whether to maintain their existing litigation position with respect to certain withholdings at issue in this action and required additional time to complete their review and confer with relevant agency personnel. *See id*. On October 12, 2026, the Court granted the motion and stated that it did so "based on the Parties' joint representation that they are working to narrow the issues in this case." Min. Order dated Oct. 12, 2026. The Court accordingly directed the parties to submit a joint status report by October 20, 2026, "reporting on the results of those narrowing discussions and how they affect the issues already briefed."

Since the filing of Defendants' October 9 motion, the relevant agency leadership has continued to evaluate whether to maintain Defendants' existing litigation position with respect to certain withholdings at issue in this action. That review remains ongoing, and agency leadership has not yet reached a final determination as to whether any change in Defendants' position is warranted. Accordingly, as of the filing of this status report, Defendants have not altered their litigation position, and the issues presented in the parties' pending summary judgment briefing remain unchanged.

Date: October 20, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Daniel H. Martinez (D.C. Bar No. 90025922)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org
dmartinez@democracyforward.org

*Counsel for Plaintiff*

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2540
benjamin.zieman@usdoj.gov

*Attorneys for United States of America*