**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-858 (SLS) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment (Dkt. 43), Plaintiff's Cross-Motion for Partial Summary Judgment (Dkt. 45), the accompanying memoranda in support of the motions, oppositions, and replies, it is hereby ORDERED that Plaintiff's motion is GRANTED.

Defendants are ORDERED to reprocess the Agency RIF and Reorganization Plans ("ARRPs") and the two additional records at issue.

Defendants are ORDERED to segregate and release all non-exempt information from these records, including factual information, planned actions subsequently undertaken, and ARRPs that reflect agencies' decisions rather than tentative deliberations.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge